**Order entered July 10, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00563-CR

**NIRAJ KRISHNA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81619-2017**

## ORDER

Before the Court is court reporter Susan Maienschein's July 9, 2018 first request for additional time to file the reporter's record.  We **GRANT** the request and **ORDER** the reporter's record filed on or before August 7, 2018.

/s/    CRAIG STODDART
        JUSTICE